**Order entered September 5, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00866-CV

**MICHAEL WIERSCHEM, M.D., Appellant**

**V.**

**WILLIAM BOURGEOIS AND CAROLYN BOURGEOIS, Appellees**

**On Appeal from the 429th Judicial District Court
Collin County, Texas
Trial Court Cause No. 429-02281-2018**

## ORDER

Before the Court is appellant's September 3, 2019 unopposed second motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **September 16, 2019**. We caution appellant that further extension requests in this accelerated appeal will be disfavored.

/s/     KEN MOLBERG
           JUSTICE